IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

CLARENCE WALLESKE,

    Petitioner,

v.                                                         CASE NO. 1:06-cv-00107-MP-AK

MICHAEL OSBURN,

    Respondent.

_____/

## **REPORT AND RECOMMENDATION**

By prior order, this Court directed Petitioner to file a supplement to his habeas petition because he had admitted on the face of his petition that he had not exhausted his state court remedies. Doc. 4. This matter is presently before the Court on Doc. 8, Petitioner's motion to stay proceedings or, in the alternative, dismiss the petition without prejudice until he has exhausted.

Section 2254 relief will not be granted unless Petitioner "has exhausted the remedies available in the courts of the State" or "there is an absence of available State corrective process" or "circumstances exist that render such process ineffective to protect the rights of the applicant." 28 U.S.C. § 2254(b)(1)(A) and (B). A claim is not exhausted if Petitioner "has the right under the law of the State to raise, by any available procedure, the question presented." 28 U.S.C. § 2254(c); *see also O'Sullivan v. Boerckel*, 526 U.S. 838, 845, 119 S.Ct. 1728, 1732, 144 L.Ed.2d 1 (1999) (state prisoner must "invok[e] one complete round of the State's established appellate review process").

Although the state court has dismissed Petitioner's motion for post-conviction relief, it has afforded him the opportunity "to file a facially sufficient motion under Fla. R. Crim. P. 3.850. It is therefore clear that Petitioner has not exhausted his available state court remedies, and thus, dismissal of this cause is appropriate.

In light of the foregoing, it is respectfully **RECOMMENDED**:

That Petitioner's alternative motion to dismiss, Doc. 8, be **GRANTED**;

That the petition for writ of habeas corpus, Doc. 1, be **DISMISSED WITHOUT PREJUDICE** for failure to exhaust.

**IN CHAMBERS** at Gainesville, Florida, this **18th** day of July, 2006.

s/ A. KORNBLUM
ALLAN KORNBLUM
UNITED STATES MAGISTRATE JUDGE

### NOTICE TO THE PARTIES

**A party may file specific, written objections to the proposed findings and recommendations within 15 days after being served with a copy of this report and recommendation. A party may respond to another party's objections within 10 days after being served with a copy thereof. Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**

*Case No: 1:06-cv-00107-MP-AK*