IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

CLARENCE WALLESKE,

      Petitioner,

v.

                                   CASE NO. 1:06-cv-00107-MP-AK

MICHAEL OSBURN,

      Respondent.

_____/

## O R D E R

      This matter is before the Court on Doc. 9, Report and Recommendation of the Magistrate Judge, recommending that Petitioner's motion to dismiss (Doc. 8) be granted and that the petition for writ of habeas corpus (Doc. 1) be dismissed without prejudice.  The Magistrate Judge filed a Report and Recommendation dated Tuesday, July 18, 2006.  The parties have been furnished a copy of the report and recommendation and have been afforded an opportunity to file objections.  Pursuant to Title 28, United States Code, Section 636(b)(1), I have made a *de novo* review of those portions to which an objection has been made.  Here, however, no objections were made.  Because Petitioner has admitted on the face of his petition for writ of habeas corpus that he has not exhausted state remedies, dismissal without prejudice until such remedies are exhausted is appropriate.  Therefore, having considered the Report and Recommendation, I have determined that the Report and Recommendation should be ADOPTED.  Accordingly, it is hereby

      **ORDERED AND ADJUDGED:**

      1.     The Report and Recommendation of the Magistrate Judge is adopted and incorporated herein.

2.      This action is DISMISSED without prejudice, and the clerk is directed to close the file.


**DONE AND ORDERED** this __*18th*__ day of August, 2006


_____*s/Maurice M. Paul*_____
Maurice M. Paul, Senior District Judge